## EX PARTE AHLRICHS.

*Mandamus.*

(Decided 27, 1907.)

Original writ in Supreme Court.

F. E. St. John, for petitioner.

George H. Parker, for respondent.

Haralson, J.—Mandamus denied on the authority of *Southern Ry. Co. v. Minge*, 132 Ala. 62.

Tyson, C. J., Simpson and Denson, JJ., concur.

---

## BARBOUR, ET AL. V. McBURNETT.

*Settlement of Estate.*

(Decided May 30, 1907.)

Appeal from Cleburne Probate Court.

Heard before Hon. A. E. Carruth.

No counsel marked for either party.

Per curiam.—Affirmed on certificate.

---

## BARNETT V. THE STATE.

*Crime.*

(Decided June 13, 1907.)

Appeal from Chilton Circuit Court.

Heard before Hon. A. H. Alston.

William A. Collier, for appellant.

Alexander M. Garber, Attorney General, for the State.

Opinion by McClellan, J.

Affirmed.

Tyson, C. J., Dowdell and Anderson, JJ., concur.